744

No. 472. D. A. SCHULTE, INC. *v.* SMITH ET AL., TRUSTEES. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray C. Bernays* for petitioner. *Mr. Godfrey Goldmark* for respondents.

No. 473. D. A. SCHULTE, INC. *v.* McCANCE, ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray C. Bernays* for petitioner. *Mr. Rudolph L. Von Bernuth* for respondents.

No. 474. NAVIGAZIONE LIBERA TRIESTINA, S. A., *v.* MORAN TOWING & TRANSPORTATION CO. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Homer L. Loomis* and *Reginald B. Williams* for petitioner. *Messrs Chauncey I. Clark* and *Eugene Underwood* for respondent.

No. 480. GREEN *v.* CITY OF STUART. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. T. Oughterson* for petitioner. *Mr. A. Y. Milam* for respondent.

No. 482. DEEM *v.* EQUITABLE LIFE ASSURANCE SOCIETY. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert B. McDougle* for petitioner. *Mr. E. W. Knight* for respondent.